**STATEMENT OF FACTS**

On Tuesday, June 2, 2020 at approximately 9:40 a.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) were driving in the 500 block of Newcomb Street, SE in Washington, D.C.  Officers were wearing police uniforms and operating a marked patrol vehicle.  Officers Vaughn was driving the vehicle with Officer Tyler in the front passenger seat and Officers Kelemen and Thompson were seated in the backseat.

Officer Kelemen observed an individual later identified as Jerome Williams (Defendant Williams) walking alone on the right side of the sidewalk towards the 600 block of Newcomb Street.  The defendant was swinging his right arm and his left hand was inside his left jacket pocket.  It looked to Officer Kelemen like the defendant was holding an object inside his left jacket pocket with his left hand.  When the officers drove by the defendant in the police vehicle, the defendant immediately stopped walking.  Officer Kelemen got out of the police vehicle.  When he did so, the defendant immediately raised both of his hands up in the air.  Officer Kelemen asked Defendant Williams if he had a weapon on him, and the defendant responded, "yeah."  Officer Kelemen then patted down the left side of Defendant Williams's jacket and felt what he immediately recognized to be a pistol.

Officers recovered a firearm from Defendant Williams's left jacket pocket.  The defendant was placed under arrest.  The firearm that was recovered was determined to be a Hi-Point Model C-9 .9 millimeter semiautomatic handgun with a serial number of P1461119.  When it was recovered, it was loaded with one (1) round in the chamber and nine (9) rounds of ammunition in the magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Williams through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Possession with Intent to Distribute Heroin and Cocaine, case number 2016 CF2 1771. The defendant was sentenced to eighteen (18) months of confinement with fourteen (14) months suspended for this case on March 9, 2018. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER CORNEL KELEMEN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of June, 2020.*

Case: 1:20-mj-00102
Assigned To : Meriweather, Robin M.
Assign. Date : 06/03/2020
Description: Complaint w/ Arrest Warrant

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE