AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:20-mj-00102 |
| | ) Assigned To : Meriweather, Robin M. |
| JEROME WILLIAMS | ) Assign. Date : 06/03/2020 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JEROME WILLIAMS                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year)

Date: 06/03/2020

*Issuing officer's signature*
2020.06.03 11:21:15 -04'00'

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/3/2020, and the person was arrested on *(date)* 6/3/2020
at *(city and state)* Washington, DC

Date: 6/3/2020

*Arresting officer's signature*

ALEX A. CRISPO / Deputy US Marshal
*Printed name and title*



# THE UNITED STATES MARSHALS SERVICE

**District Court for the District of Columbia**
**333 Constitution Avenue Northwest, Washington, D.C. 20001**

USMS# 40491-007    DNA/KIT _____    INTAKE DATE 06/03/2020

## NEW ARREST INFORMATION: To be completed by arresting agent

**NAME**
- Last: Williams
- First: Jerome, Middle: _____

| SEX: M | DOB: 12/22/1979 | Citizenship: USA | Height: | Weight: |
|---|---|---|---|---|
| Race: B | Hair: | SSN: 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 | Eyes: | Phone: |

| Education: | FBI #: | Marital Status: | Alien #: |
|---|---|---|---|

**Home Address & Phone Number**
130 42nd Street, NE, Washington, DC 20019

## ARRESTING AGENCY

| ORI | Office Phone | Agent Name and Agency |
|---|---|---|
|  | Cell Phone  440-655-3848 | Cornel Kelemen |

| Date of Arrest | Location of Arrest | AUSA Assigned to Case | Warrant # FJP |
|---|---|---|---|
| 06/02/2020 | Washington, DC | Sara Vanore | Offense |

## ARRESTEE ASSOCIATES/ RELATIVES

Please provide name, address, DOB, phone # and relationship for closest relatives or associates:

1.

2.

**\*\*ARRESTING AGENTS ARE RESPONSIBLE FOR TAKING DEFENDANTS TO INITIAL APPEARANCES\*\***
**\*\*DEFENDANTS ARE IN THE CUSTODY OF THE ARRESTING AGENTS UNTIL REMANDED TO CUSTODY OF USMS\*\***
**\*\*ARRESTING AGENCY/OFFICERS ARE RESPONSIBLE FOR PROVIDING FOOD FOR THEIR PRISONER\*\***